**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1551**

———————

ROBERT STANLEY PLIMPTON,

Plaintiff - Appellant,

versus

EVELYN COOPER; DAVID FRANCIS; JACK HORTON;
MARY ANN ENLOE; JIM STEVENS; HAYWOOD COUNTY;
C. TOM ALEXANDER, III; BOBBY SUTTLES; DEAN
HENLINE, officially and individually private
capacities; STEVEN J. BRYANT; J. MARLENE
HYATT, Judge; CHARLES W. HIPPS,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-01-29-1, CA-01-30-1, CA-01-31-1)

———————

Submitted: October 18, 2001          Decided: October 25, 2001

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Stanley Plimpton, Appellant Pro Se. Andrew Christian Buckner, WOMBLE, CARLYLE, SANDRIDGE & RICE, Winston-Salem, North Carolina; Paul A. Kaplan, Erik David Bolog, WOMBLE, CARLYLE, SANDRIDGE & RICE, Washington, D.C.; Gerald Patrick Murphy, Assistant Attorney General, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Plimpton appeals from the district court's orders dismissing as frivolous his three civil actions and denying his motion for reconsideration. Our review of the record and the district court's opinion and orders discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Plimpton v. Cooper</u>, Nos. CA-01-29-1; CA-01-30-1; CA-01-31-1 (W.D.N.C. Feb. 22, 2001; Apr. 10, 2001). We deny Plimpton's motion for production of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2